Law Offices
**JENNINGS & VALANCY, P.A.**
311 S.E. 13TH STREET
FT. LAUDERDALE, FLORIDA 33316

MIAMI FL 330
19 JAN 2021 PM 4   01/19/2021
US POSTAGE $000.50
ZIP 33316
041M10268076

KEESHA MONTGOMERY

FWD   BC: 33026228111   *2938-06802-19-46

331 N7E 1   A20C2202/12/21
NOTIFY SENDER OF NEW ADDRESS

**STEVEN S. VALANCY P.A.**
Law Offices of JENNINGS & VALANCY, P.A.
311 SE 13TH ST., FORT LAUDERDALE, FL 33316
TEL. 954-463-1600 • FACS. 954-463-1222

January 19, 2021
**NOTICE OF INTENT TO RECORD IN REM CLAIM OF LIEN**

**Via Certified & Regular Mail**
Keesha Montgomery

Re:
Property Address:
Matter #:

Dear Ms. Montgomery:

We represent ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ "The Association"). The following amounts are currently due on your account to The Association and must be paid within 30 days after your receipt of this letter.

| | |
|---|---|
| $ 5,190.66 | Through January, 2021 per attached ledgers |
| $ 465.00 | Attorney's Fees to date |
| $ 6.10 | Postage |
| **$ 5,661.76** | **Total due - Does NOT include future assessments.** Per Florida Statute, 718.116(3), "Any payment received by an association must be applied first to any interest accrued by the association, then to any administrative late fee, then to any costs and reasonable attorney's fees… and then to the delinquent assessment." |

**You must remit payment in full within thirty (30) days after your receipt of this letter.** Payment must be in the form of a check or money order **payable to Steven S. Valancy, P.A. trust account** and received by this office.

If payment is not received in a timely manner, a Claim of Lien will be recorded against your property and you will be exposed to liability for additional fees and costs.

If you dispute the amount or validity of this debt, you have the right to request additional information or documentation evidencing the debt pursuant to the Fair Debt Collections Practices Act as more fully set forth in the attached enclosure.

STEVEN S. VALANCY, P.A.

Steven S. Valancy, Esq.

Please be advised that since you received a discharge in a bankruptcy this letter regarding your association assessments is not an attempt to collect a debt from you personally. We are seeking solely to enforce the Associations lien against the property and we are not seeking a personal money judgment against you for the sums owed.

Enclosures: Fair Debt Collection Practices Act; Account Ledger
SSV/mdr



**PREMIER ASSOCIATION MANAGEMENT**

Transaction History

Transaction Detail : 1/1/2020 - 1/19/2021

Date: 1/19/2021
Time: 10:36 am
Page: 1

**Name:** Keesha Montgomery  **Address:**

**Homeowner Account:**   **Homeowner Status:** Bankruptcy Case Open

| Date | Description | Batch | Amount | Paid | Balance |
|---|---|---|---|---|---|
| **Assessment - Homeowner 2019** | | | | | |
| | Previous Balance | | $1,505.00 | | |
| | Total | | 1,505.00 | 0.00 | 1,505.00 |
| **Assessment - Homeowner 2020** | | | | | |
| 01/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 02/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 03/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 04/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 05/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 06/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 07/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 08/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 09/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 10/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 11/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| 12/01/2020 | Maintenance Fee | 355 | 232.00 | - | |
| | | Total | 2,784.00 | 0.00 | 2,784.00 |
| **Assessment - Homeowner 2021** | | | | | |
| 01/01/2021 | Charge | 7509 | 281.00 | - | |
| | | Total | 281.00 | 0.00 | 281.00 |
| **Assessment - Special 2020** | | | | | |
| 11/23/2020 | Charge | 4357 | 260.33 | - | |
| 12/23/2020 | Charge | 4357 | 260.33 | - | |
| | | Total | 520.66 | 0.00 | 520.66 |
| **Late Fees 2020** | | | | | |
| 09/16/2020 | Late Fee | 3331 | 25.00 | - | |
| 10/16/2020 | Late Fee | 3637 | 25.00 | - | |
| 11/16/2020 | Late Fee | 3951 | 25.00 | - | |
| 12/16/2020 | Late Fee | 4177 | 25.00 | - | |
| | | Total | 100.00 | 0.00 | 100.00 |
| | | Total | 5,190.66 | 0.00 | 5,190.66 |

**See attached ledger for explanation of $1,505 Previous Balance**


PREMIER
ASSOCIATION MANAGEMENT

**Transaction History**

Transaction Detail : 1/1/2018 - 7/28/2020

Date: 7/28/2020
Time: 5:00 pm
Page: 1

**Name:** Keesha Montgomery   **Address:**
**Homeowner Account:**   **Homeowner Status:** Bankruptcy Case Open

| Date | Description | Batch | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 07/01/2019 | Assessment - Homeowner 2019 | 985 | $ 220.00 | $ - | $ 220.00 |
| 07/16/2019 | Assessment - Homeowner 2019 | 985 | 25.00 | - | 245.00 |
| 08/01/2019 | Assessment - Homeowner 2019 | 985 | 232.00 | - | 477.00 |
| 08/16/2019 | Assessment - Homeowner 2019 | 985 | 25.00 | - | 502.00 |
| 09/01/2019 | Assessment - Homeowner 2019 | 985 | 232.00 | - | 734.00 |
| 09/16/2019 | Assessment - Homeowner 2019 | 985 | 25.00 | - | 759.00 |
| 10/01/2019 | Assessment - Homeowner 2019 | 985 | 232.00 | - | 991.00 |
| 10/16/2019 | Assessment - Homeowner 2019 | 985 | 25.00 | - | 1,016.00 |
| 11/01/2019 | Assessment - Homeowner 2019 | 985 | 232.00 | - | 1,248.00 |
| 11/17/2019 | Assessment - Homeowner 2019 | 985 | 25.00 | - | 1,273.00 |
| 12/01/2019 | Assessment - Homeowner 2019 | 985 | 232.00 | - | 1,505.00 |
| 01/01/2020 | Maintenance Fee 2020 | | | | |

## PLEASE NOTE:

IF ANY INDIVIDUAL RESPONSIBLE FOR PAYMENT OF THIS DEBT HAS RECEIVED A DISCHARGE IN BANKRUPTCY, THIS DEMAND AND ANY SUBSEQUENT PROCEEDINGS SHALL BE <u>IN</u> <u>REM</u> AS TO SUCH INDIVIDUAL FOR THE PORTION OF THE DISCHARGED DEBT AND NO ATTEMPT SHALL BE MADE TO IMPOSE PERSONAL LIABILITY OR TO SEEK A PERSONAL MONEY JUDGMENT AGAINST SUCH INDIVIDUAL.

### NOTICE REQUIRED BY FAIR DEBTS COLLECTION PRACTICES ACT
15 U.S.C. § 1601 et seq., as amended

We are attempting to collect a debt. Any information obtained will be used for that purpose.

1. The amount of the debt is stated in the letter and/or lien to which this notice is attached.

2. The Creditor as named in the letter and/or lien to which this notice is attached is the Creditor to whom the debt is owed; the law firm sending this notice is the Creditor's law firm.

3. The debt described in the letter and/or lien to which this notice is attached will be assumed to be valid by the Creditor's law firm, unless the debtor, within thirty (30) days after the receipt of this notice, disputes the validity of the debt or some portion thereof.

4. If the debtor notifies the Creditor's law firm in writing within thirty (30) days of the receipt of this notice that the debt or any portion of it is disputed, the Creditor's law firm will obtain a verification of the debt and a copy of the verification will be mailed to the debtor by the Creditor's law firm.

5. The name of the Creditor is set forth in the letter and/or lien to which this notice is attached.

6. Any written correspondence required by this Act should be addressed to Jennings & Valancy, P.A., Attn.: Steven S. Valancy, Esq., 311 SE 13th Street, Ft. Lauderdale, FL 33316; (954) 463-1600.

Prepared by and return to:
Steven S. Valancy, Esq.
Jennings & Valancy, P.A.
311 S.E. 13th Street
Ft. Lauderdale, FL 33316
(954) 463-1600

## IN REM CLAIM OF LIEN

KNOWN ALL MEN BY THESE PRESENTS, THAT:

███████████████████████████████ a condominium association (hereafter "Association") of Broward County, Florida, whose address is c/o: Premier Association Management as of ███████████████████████, claims this lien against the following property:

███████████████████████████████████ a condominium according to the Declaration thereof, recorded in Official Records ██████████████ of the Public Records Book of Broward County, Florida, and all amendments thereto.

- a/k/a (property address): ██████████████████████
- Parcel ID No.: ██████████████
- The owner(s) of said parcel: Keesha Montgomery

The following sums are due for assessments:
Maintenance assessments accruing as follows: for July 2019 @ $220 per month; from August, 2019 through December, 2020 @ $232 per month; from January through March of 2021 @ $281 per month; and 3 Special assessment installment of $260.33 each accruing the 1st day of November, 2020, December, 2020 and January, 2021 (as set forth in detail on the ledgers provided to owner of record)

PLUS late fees from the dates due, administrative costs, if any, less all payments received since the date of the initial delinquency totaling $6,046.99. Additionally, this Claim of Lien secures interest (18% per annum) costs and reasonable attorney fees incurred by the Association, pursuant to, and as provided in, the recorded governing documents for the Association. Further this lien secures all assessments coming due, attorney's fees and costs, late fees, interest, less any payments received since the date of the initial delinquency. For estoppel information or a payoff figure, please contact Jennings and Valancy, P.A.

Signed, sealed and delivered
In presence of:

_____
Witness

By: _____
Christopher M. Reed, Attorney and
Authorized Agent for Association

STATE OF FLORIDA )
COUNTY OF BROWARD )

The forgoing instrument was sworn to, subscribed and acknowledged before me by means of physical presence this ____ day of March, 2021 by C. Mark Reed, who is personally known to me.

My Commission Expires:

_____
NOTARY PUBLIC/State of Florida at Large
Michael D. Reynolds

Notary Public State of Florida
Michael D Reynolds
My Commission GG 321107
Expires 05/08/2023